UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2020 JAN 27 PM 4: 03
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____

| | | |
|---|---|---|
| LYNN SUE INDIAN, MARY CREER, JARE OUBRE, BRANDY HOLMES, ANGULIQUE GLAPION, LYNNE ROCK, JULIE TURRISI, AND TERESA ROBERTS, on Behalf of Themselves and on Behalf of All Others Similarly Situated | § § § § § § § § | CIVIL ACTION NO. 1:18-CV-01125-LY |
| Plaintiffs, | § § | |
| V. | § § | |
| HUMANA INC., | § § § | |
| Defendant. | | |

## ORDER APPROVING SETTLEMENT

Before the Court is the Motion for Order Approving Settlement of FLSA Claims Pursuant to 29 U.S.C. § 216(b). For good cause shown, and as more fully explained below, the Motion is GRANTED.

The Court finds that the settlement terms negotiated by the Parties and described in their Settlement Agreements are a fair and reasonable resolution of bona fide disputes between the Plaintiffs and Defendant, and that the Attorney's Fees and Expenses Payment are reasonable, and that the settlement of the claims arising under the Fair Labor Standards Act are therefore approved. The Parties shall administer the settlement of the claims as set forth in the Settlement Agreements. The claims of the Plaintiffs are DISMISSED WITH PREJUDICE pursuant to Rule 41 of the Federal Rules of Civil Procedure.

SO ORDERED.

DATE January 27, 2020.

_____
JUDGE PRESIDING

1