IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2020 JAN 27 PM 4:03
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____

| | | |
|---|---|---|
| LYNN SUE INDIAN, MARY CREER, JARE OUBRE, BRANDY HOLMES, ANGULIQUE GLAPION, LYNNE ROCK, JULIE TURRISI, AND TERESA ROBERTS, ON BEHALF OF THEMSELVES AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, PLAINTIFFS, | § § § § § § § § § | |
| V. | § § | CAUSE NO. A-18-CV-01125-LY |
| HUMANA INC., DEFENDANT. | § § § | |

**FINAL JUDGMENT**

Before the court is the above-styled and numbered cause. On this date the court dismissed with prejudice all claims alleged by Plaintiffs Lynn Sue Indian, Mary Creer, Jare Oubre, Brandy Holmes, Angulique Glapion, Lynn Rock, Julie Turrisi, and Teresa Roberts, on behalf of themselves and on behalf of all others similarly situated. As nothing remains for resolution in the cause, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS FURTHER ORDERED** that the case is hereby **CLOSED**.

SIGNED this __27th__ day of January, 2020.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE